# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 94CR1086-WQH |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| VERONICA ARAMBULA-CORTEZ, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Veronica Arambula-Cortez.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

Dated: October 26, 2021

Hon. William Q. Hayes
United States District Court